IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Hardrock GCS, LLC | § | Case No. 24-60543 |
| 20420 County Road 4228 | § | |
| Frankston, TX 75763 | § | |
| ANDERSON-TX | § | |
| Tax ID / EIN: 81-2445270 | § | Chapter 11 |
| | § | |
| Debtor | § | |
| | § | |

**ORDER GRANTING UNITED STATES TRUSTEE'S
MOTION TO DISMISS WITH PREJUDICE TO RE-FILING**

Came on for consideration the United States Trustee's Motion to Dismiss ("Motion") filed in the above-numbered and captioned bankruptcy case ("Case"). The Court finds that the Motion was properly noticed and after consideration of applicable evidence, argument and law, and any responses filed to the Motion, concludes that the Motion should be granted. Accordingly, it is hereby:

ORDERED that the Case is hereby dismissed with prejudice to re-filing for a period of 180 days.

SO ORDERED AND ADJUDGED.

Signed on 4/16/2025

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE